CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUKHJEET SINGH,<br><br>               Plaintiff,<br><br>   v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>               Defendants. | Case No. 4:25-cv-09489 KAW<br><br>**PARTIES' STIPULATION TO DISMISS; ORDER** |

    Plaintiff and Defendants hereby stipulate to dismissal of the above-entitled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees.

Dated: March 4, 2026

                                    Respectfully submitted,[1]

                                    CRAIG H. MISSAKIAN
                                    United States Attorney

                               */s/ Molly A. Friend*
                                    MOLLY A. FRIEND
                                  Assistant United States Attorney
                                  Attorneys for Defendants

---

   [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Dismiss; Order
4:25-cv-09489 KAW                  1

Dated: March 4, 2026

/s/ Sukhjeet Singh
SUKHJEET SINGH
*Pro Se*



IT IS SO ORDERED

Judge Kandis Westmore

March 6, 2026